

**Andrew R. Spector, Partner**
Admitted in Florida, New York and Texas

Direct phone: 305.537.2002
Direct fax: 305.537.2001
andrew.spector@spectorrubin.com

April 24, 2026

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

OK — 1 Conference
Cancelled.

Colleen M.
4/28/2026

Re:   Vector Transportation Co. v. Aro Trans LLC
      Southern District of New York Case No. 1:26-cv-02381-CM

Dear Judge McMahon,

The undersigned represents Plaintiff, Vector Transportation Co. ("Plaintiff" and/or "Vector") in the above-captioned matter. The foregoing is submitted pursuant to Your Honor's Individual Practices ¶ I(D) and this Court's Order [ECF 7]. The case is currently set for an Initial Pre-Trial Conference on May 7, 2026 at 11:00 a.m. [ECF 7]. As set forth herein, the undersigned counsel for Plaintiff respectfully requests an adjournment of the Initial Pre-Trial Conference scheduled for May 7, 2026, at 11:00 a.m.

The undersigned counsel for Plaintiff respectfully submits that he has international travel on the date of the Initial Pre-Trial Conference scheduled for May 7, 2026 [ECF 7]. Accordingly, the undersigned counsel respectfully requests an adjournment of the Initial Pre-Trial Conference for June 2026. In the alternate, the undersigned counsel can appear remotely for the conference as scheduled.

Counsel for Plaintiff respectfully submits that Defendant was served with the summons and complaint on April 16, 2026 [ECF 8]. At this time, Defendant's response to the complaint is due on May 7, 2026. However, at this time, counsel for Defendant has not appeared in this case, and as such, Plaintiff respectfully requests that the Initial Pre-Trial Conference be adjourned until such time that counsel for Defendant has appeared in the instant action so that the Parties can submit the proposed Civil Case Management Plan jointly. This is Plaintiff's first request for an adjournment of the Conference and that this adjournment will not affect any other scheduled deadlines.

The Honorable Colleen McMahon
United States District Judge
April 24, 2026
Page 2

We appreciate Your Honor's consideration of this request for an adjournment of the Initial Pre-Trial Conference. Thank you.

Respectfully submitted,

SPECTOR RUBIN, P.A.

*Andrew Spector*

Andrew R. Spector

cc:    All Counsel of Record (via *ECF*)