**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VECTOR TRANSPORTATION CO.,

    Plaintiff,

v.                                                                          Case No. 1:26-cv-02381-CM-SDA

ARO TRANS LLC,

    Defendant.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter comes before the Court on Plaintiff's, VECTOR TRANSPORTATION CO.,

Unopposed Motion for Leave to File an Amended Complaint. Upon consideration of the motion,

memorandum filed in support of the motion, and for good cause shown, the Court finds:

1. **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File an Amended Complaint is Granted and Plaintiff has seven (7) days to File the Pleading.

It is therefore **ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint

is **GRANTED**.

    **DONE AND ORDERED** on 29 May , 2026.

_____
Honorable Colleen McMahon
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/2026